# UNITED STATES DISTRICT COURT
### for the

Western District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | |
| DALE ANKNEY | ) | 26-mj-993 |
| | ) | |
| | ) | **[UNDER SEAL]** |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 17, 2026_____ in the county of _____Westmoreland_____ in the

_____Western_____ District of _____Pennsylvania_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Influencing, Impeding or Retaliating against a Federal Law Enforcement Officer by Threat (June 17, 2026) |

This criminal complaint is based on these facts:

Please see attached Affidavit in Support of Criminal Complaint.

☑ Continued on the attached sheet.

/s/ Mary H. Mulkerin
*Complainant's signature*

Special Agent Mary H. Mulkerin
*Printed name and title*

Sworn and subscribed before me, by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A).

Date: _____06/17/2026_____

*Judge's signature*

City and state: _____Pittsburgh, Pennsylvania_____      Hon. Christopher B. Brown, U.S. Magistrate Judge
*Printed name and title*