| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 26-993 |
| | **[UNDER SEAL]** |
| DALE ANKNEY | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Mary H. Mulkerin, being duly sworn, hereby depose and state the following:

### I. INTRODUCTION

1. This affidavit is made in support of a criminal complaint charging DALE ANKNEY ("ANKNEY") with Influencing, Impeding or Retaliating against a Federal Law Enforcement Officer by Threat, in violation of Title 18, United States Code, Section 115(a)(1)(B).

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") within the United States Department of Justice and have been so employed since July 28, 2024. I completed FBI's Basic Field Training Course for New Agents on December 6, 2024. I was previously employed with the FBI as a Tactical Specialist since August 2017. I am presently assigned to the Pittsburgh Field Office. During my time at the FBI Academy, Quantico, Virginia, I received training in a variety of investigative and legal matters, including the drafting of search warrant affidavits, and probable cause. Based on my experience I am familiar with investigations relating to criminal and national security matters enumerated in Title 18. As a Federal Agent, I am authorized to investigate violations of laws of the United States and, as a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States.

3. The facts set forth in this affidavit are based on my personal knowledge, the

1

knowledge obtained during my participation in this investigation, the knowledge obtained from other individuals, including other law enforcement personnel, review of documents and computer records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the criminal complaint, this affidavit does not set forth each and every fact that I have learned during the course of this investigation. However, I have not omitted any fact that may tend to undermine a finding of probable cause.

4. For the reasons set forth below, there is probable cause to believe that, on or about March 25, 2026, in the Western District of Pennsylvania, the defendant, DALE ANKNEY, did threaten to assault and murder Federal law enforcement officers; that is, agents of the U.S. Immigration and Customs Enforcement, with intent to impede, intimidate, interfere with, and retaliate against said Federal law enforcement officers while they were engaged in, and on account of, the performance of their official duties by posting a comment via Facebook that stated, "FUCKING EVIL ice agents & pigs must be KILLED in public. We the People will do the KILLING," or words to that effect, in violation of Title 18, United States Code, Section 115(a)(1)(b).

5. For the reasons set forth below, there is probable cause to believe that, on or about June 17, 2026, in the Western District of Pennsylvania, the defendant, DALE ANKNEY, did threaten to assault and murder Federal law enforcement officers; that is, two task force officers and a special agent of the Federal Bureau of Investigation, with intent to impede, intimidate, interfere with, and retaliate against said Federal law enforcement officers while they were engaged in, and on account of, the performance of their official duties by stating to the task force officer

and special agent, "I will cap your ass," or words to that effect, in violation of Title 18, United States Code, Section 115(a)(1)(b).

**II.     STATUTORY PROVISIONS**

6.      Title 18, United States Code, Section 115(a)(1)(B), criminalizes threats to assault or murder a Federal law enforcement officer with the intent to impede, intimidate, or interfere with such law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such law enforcement officer on account of the performance of official duties.

7.      As used in this statutory provision, "Federal law enforcement officer" includes "any officer, agent, or employee of the United States authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of any violation of Federal criminal law.  18 U.S.C. § 115(c)(1).

**III.    THE "TRUE THREAT" STANDARD**

8.      "True threats" are not protected speech under the First Amendment.  Based upon training, experience, and conversations with federal prosecutors, I know that the United States Supreme Court reviewed the standard for a "true threat" prosecution in *Counterman v. Colorado*, 600 U.S. 66 (2023).  In short, a "true threat" requires proof that a statement was objectively threatening and that a speaker acted recklessly when making the statement; that is, "that the defendant consciously disregarded a substantial risk that his communications would be viewed as threatening violence."[1]

**IV.    PROBABLE CAUSE**

9.      The allegations in this criminal complaint pertain to recent threats communicated by ANKNEY, who resides in the Western District of Pennsylvania, both via Facebook and in

_____

[1] *Counterman*, 600 U.S. at 69.

person. While some of the actions described in this affidavit relate to very recent conduct, other actions have occurred in the months prior to the investigation of ANKNEY by the FBI.

10. In and around March 2026, the Treasury Inspector General for Tax Administration (TIGTA) reviewed ANKNEY's publicly available Facebook account. ANKNEY's Facebook account bears the name "Dale Ankney" and depicts a cartoon character wearing a U.S. Marine Corps' Eagle, Globe, and Anchor. TIGTA's review revealed numerous posts in which ANKNEY advocated acts of violence against U.S. Immigration and Customs Enforcement ("ICE") agents, Internal Revenue Service ("IRS") agents, U.S. politicians, and others. For example:

   a. On or about January 14, 2026, ANKNEY posted, "May fucking Israel BURN, Zionist BURN, idf BURN, mossad BURN, think holocaust going to happen again only for a good reason this time[.]"

   b. On or about January 29, 2026, ANKNEY posted, "Take OUT homan and ice agents permanently those worthless wannabe Americans[.]"

   c. On or about February 2, 2026, ANKNEY posted, "KILL ice agents everywhere, FUCK ice[.]"

   d. On or about February 5, 2026, ANKNEY posted, "KILL the black pope, send the fucker to HELL. WPRTHLESS RELIGION[.]"

   e. On or about February 8, 2026, ANKNEY posted, "KILL ice agents everywhere !!!"

   f. On or about February 12, 2026, ANKNEY posted, "KILL ice agents before they kill We the People[.]"

   g. On or about February 27, 2026, ANKNEY posted, "KILL ice agents in America[.]"

   h. On or about March 25, 2026, ANKNEY posted, "FUCKING EVIL ice agents & pigs must be KILLED in public. We the People will do the KILLING[.]"

4

i. Also on or about March 25, 2026, ANKNEY posted, "KILL ice agents in airports, not needed in America nor is tsa. If TROOPS have to be BRAVE so should you or STOP FLYING and WALK[.]"

j. On or about March 27, 2026, ANKNEY posted, "KILL any and all IRS agents that comes to the door of a GOOD CITIZEN that's not in debt like the government. Get who's not paying their fair share first[.]"

11. Following TIGTA's review of ANKNEY's posts, TIGTA referred the matter to the FBI for investigation. Thereafter, the FBI used a reliable law enforcement database to confirm that ANKNEY lived at a residence in Jennette, PA, which is located in the Western District of Pennsylvania.

12. On June 17, 2026, two FBI task force officers and an FBI special agent attempted a knock and talk at ANKNEY's residence. When ANKNEY answered the door, a task force officer displayed his FBI credentials to ANKNEY, stated that he was with the FBI, and informed ANKNEY that they would like to discuss something with him. ANKNEY then questioned the task force officer by communicating, "about what," repeatedly and aggressively. The task force officer replied, "internet postings." In response, ANKNEY said that he did not want to talk with them. The other task forced officer informed ANKNEY that his online posts were reported as concerning and asked if ANKNEY was ok. ANKNEY replied by stating words to the effect of, "fuck whoever reported it and fuck you too." The task force officer then advised ANKNEY to stop posting threatening language online. ANKNEY responded by directing the task force officers and special agent to get off of his property several times. As the FBI task force officers and special agent departed, ANKNEY stated, "I will cap your ass," or words to that effect.

13.     Based upon training and experience, your Affiant knows that "cap" is commonly used as a slang term for shooting a firearm.  Further, following ANKNEY's statement to the FBI, authorities used a reliable Pennsylvania State Police database to determine that ANKNEY has firearms registered to him.  Due to the content of ANKNEY's statement to the task force officers and special agent, when viewed in context with his earlier posts, his conduct during the FBI's knock and talk, and his apparent access to firearms, your Affiant submits that ANKNEY communicated an objectively threatening statement to shoot Federal law enforcement on June 17, 2026.  Furthermore, your Affiant submits that ANKNEY consciously disregarded a substantial risk that his communication would be viewed as threatening violence.

14.     In addition, and as stated above, your Affiant submits that ANKNEY's Facebook post on or about March 25, 2026, in which he commented, "FUCKING EVIL ice agents & pigs must be KILLED in public. We the People will do the KILLING[,]" was objectively threatening when viewed in context with his numerous other posts in which he advocated for acts of violence against ICE agents and others.  Furthermore, your Affiant submits that ANKNEY consciously disregarded a substantial risk that this communication would be viewed as threatening violence.

15.     Finally, your Affiant submits that ANKNEY issued the threats on March 25, 2026, and June 17, 2026 with intent to impede, intimidate, and interfere with, and in retaliation against, ICE agents and FBI task force officers and special agent on account of the performance of official duties.  As to the ICE agents, your Affiant submits that the content and context of ANKNEY's posts in Facebook are the product of their enforcement of immigration laws.  As to the FBI task force officers and special agent, your Affiant submits that the content and context of the statement supports that ANKNEY made the statement with intent to impede, intimidate, and interfere with, and in retaliation against them for their investigation into his threatening communications.

## V.    <u>**CONCLUSION**</u>

16.    Based on the aforementioned information, I respectfully submit that there is probable cause to believe that ANKNEY violated Title 18, United States Code, Section 115(a)(1)(B) on or about March 25, 2026 and on or about June 17, 2026.

## VI.    <u>**REQUEST FOR SEALING**</u>

17.    It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and search warrants.  I believe that sealing this document is necessary because the items and information to be seized are relevant to an ongoing criminal investigation that is neither public nor known to all the targets of the investigation.

18.    Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, notify confederates or otherwise seriously jeopardize the investigation.

The above information is true and correct to the best of my knowledge, information and belief.

<u>*/s/Mary H. Mulkerin*</u>
Mary H. Mulkerin
Special Agent
Federal Bureau of Investigation

The Affiant attested to this Affidavit
by telephone pursuant to Fed. R. Crim.
P. 4.1(b)(2)(A), this 17th day of June, 2026.
This matter shall remain under seal
until further Order of the Court.

_____
HONORABLE CHRISTOPHER B. BROWN
United States Magistrate Judge