# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br><br>DALE ANKNEY<br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.   26-mj-993<br><br>[UNDER SEAL] |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DALE ANKNEY                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ☑ Complaint
❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:

Influencing, Impeding or Retaliating against a Federal Law Enforcement Officer by Threat
(18 U.S.C § 115(a)(1)(B)) (June 17, 2026)

Date:      06/17/2026                    _____
                                                                                          *Issuing officer's signature*

City and state:      Pittsburgh, Pennsylvania                    Hon. Christopher B. Brown, U.S. Magistrate Judge
                                                                                          *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                    _____<br>                                                                                          *Arresting officer's signature*<br><br>                                                                                          _____<br>                                                                                          *Printed name and title* |